## RETURN OF SERVICE

**State of Florida**  **County of Marion**  **Circuit Court**

Case Number: 2021 CA 850

Plaintiff:
**PATRICK MCCRANIE**
vs.
Defendants:
**AMERICAN FREIGHT SOLUTIONS, INC. and JOHN SHAMBURGER**

For: Christopher J. Hinckley, Esq
Morgan & Morgan P.A.

Received by Family & Court Services, LLC on the 15th day of June, 2021 at 2:04 pm to be served on AMERICAN FREIGHT, INC. C/O HARRY SINGH, REGISTERED AGENT, 5203 E 32ND STREET, STE. C, INDIANAPOLIS, IN 46218. I, Raymond Bandy, do hereby affirm that on the 16 day of June, 2021 at 1:25 pm, executed service by delivering a true copy of the SUMMONS; NOTICE OF COMPLIANCE WITH RULE 2.516 AND DESIGNATION OF E-MAIL ADDRESS(ES); COMPLAINT; REQUEST FOR ADMISSIONS; REQUEST FOR PRODUCTION; NOTICE OF SERVICE OF INTERROGATORIES; INTERROGATORIES in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as

(✓) CORPORATE SERVICE: By serving Harry Singh as Authorized Agent

( ) OTHER SERVICE: As described in the Comments below by serving _____ as

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: 50 Middle Eastern Male 5'7 170 Gray Hair

Raymond Bandy

PROCESS SERVER # N/A
Appointed in accordance with State Statutes

Family & Court Services, LLC
725 E Alfred Street
Tavares, FL 32778
(352) 343-3991

Our Job Serial Number: 2021011959
Ref: 11363168

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2b

Electronically Filed Marion Case #  03:05:40 PM

DEFENDANT'S EXHIBIT A

Filing # 126464289 E-Filed 05/10/2021 11:23:05 AM

IN THE CIRCUIT COURT
OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR MARION COUNTY, FLORIDA

CASE NO: 21-CA-850

PATRICK MCCRANIE,

      Plaintiff,

vs.

AMERICAN FREIGHT SOLUTIONS,
INC. and JOHN SHAMBURGER,

      Defendants.
_____/

DATE SERVED: 6/16/21
TIME SERVED: 1:35 pm
CPS: BB
JOB #: 7/9759

## SUMMONS

THE STATE OF FLORIDA:

To all and singular sheriffs of said state:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint or Petition, Interrogatories, Request for Production and Request for Admissions in the above-styled cause upon the Defendant:

**AMERICAN FREIGHT, INC.**
**c/o Harry Singh, Registered Agent**
**5203 E 32nd Street, Ste. C**
**Indianapolis, IN 46218**

    Each Defendant is hereby required to serve written defenses to said Complaint or Petition on CHRISTOPHER J. HINCKLEY, ESQ., **Morgan & Morgan, P.A.**, 1007 E. Silver Springs Blvd, Ocala, FL 34470, Telephone: (352) 644-2000, within twenty (20) days after service of this Summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the Complaint or Petition.

## REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES

1

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Human Resources, **MARION COUNTY COURTHOUSE, 110 N.W. FIRST AVENUE, OCALA, FLORIDA 34475, (904) 620-3582**, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

WITNESS my hand and the seal of this Court on this the __10__ day of __MAY__, 2021

GREGORY C. HARRELL
Clerk of the Circuit Court

By __R. Buell__
As Deputy Clerk

2

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named above.

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los numbres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su centa, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted inviar por correo o entregar una copia de su respuesta a la persona denuminada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado del Demanadante).

"De acuerdo con el Acto o' Decreto de los Americanos con Impedimentos Inhabilitados, personas en necesidad del servicio especial para particpar en estee procedimiento deberan, dentro de un tiempo razonable, antes de cualquier procedimiento, ponerse en un tiempo razonable, antes de cualquier procedimiento, ponerse en contacto con la oficina Administrativa de la Corte, Telefono (TDD) 1-800-955-8771 o Voice (V) 1-800-955-8770, via Florida Relay Service.

**IMPORTANT**

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une responce ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger' vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez

3

telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

En accordance avec la Loi des "Americans With Disabilities". Les personnes en besoin d'une accomodation speciale pour participer a ces procedures doivent, dans un temps raisonable, avant d'entreprendre aucune autre demarche, contracter l'office administrative de la Court situe au le telephone ou Telefono (TDD) 1-800-955-8771 ou Voice (V) 1-800-955-8770, via Florida Relay Service.

                **MORGAN & MORGAN, P.A.**
                **1007 E. Silver Springs Blvd.**
                **Ocala, FL 34470**

4

Filing # 126401681 E-Filed 05/07/2021 02:43:08 PM

IN THE CIRCUIT COURT
OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR MARION COUNTY, FLORIDA

CASE NO:

PATRICK MCCRANIE,

       Plaintiff,

vs.

JOHN SHAMBURGER and AMERICAN
FREIGHT, INC.,

       Defendants.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, PATRICK MCCRANIE, sues Defendants, JOHN SHAMBURGER and AMERICAN FREIGHT, INC., and states as follows:

### JURISDICTION AND VENUE

1. This is an action for damages that exceeds the sum of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of costs, interest and attorneys' fees (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$30,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for *jurisdictional purposes only* (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2. Venue is proper in Marion County, Florida, since this is where the subject incident occurred.

1

3. At all relevant times, the Plaintiff ("Plaintiff"), was a resident of Sarasota County, Florida.

4. At all relevant times, Defendant, AMERICAN FREIGHT, INC. ("Trucking Co.") was a foreign corporation licensed in the State of Indiana conducting interstate business within the State of Florida.

5. At all relevant times, Defendant, JOHN SHAMBURGER ("Truck Driver"), was a resident of the State of Indianapolis and operating a motor vehicle upon the roadways of the State of Florida.

6. Venue is proper in Marion County Circuit Court because the subject crash occurred in Marion County, Florida.

## DEFENDANTS' ROLES IN THE TRANSPORTATION BUSINESS

7. At all times material hereto, Defendant Trucking Co., AMERICAN FREIGHT, INC., was a for hire motor carrier operating under the authority of the United States Department of Transportation ("USDOT").

8. In applying for and maintaining operating authority as a motor carrier, Defendant Trucking Co., AMERICAN FREIGHT, INC., certified to the USDOT that it would:

   a. Have in place a system and an individual responsible for ensuring overall compliance with the FMCSRs;

   b. Have in place a driver safety training/orientation program;

   c. Be familiar with DOT regulations governing driver qualifications and have in place a system for overseeing driver qualification requirements (49 CFR 391);

   d. Have in place policies and procedures consistent with DOT regulations governing driving and operational safety of motor vehicles, including drivers' hours of service and vehicle inspection, repair and maintenance; and,

  c. Comply with all pertinent Federal, State, local and tribal statutory and regulatory requirements when operating within the United States.

9. At the time of the crash, Defendant Trucking Co., AMERICAN FREIGHT, INC., was the registered owner of the 2000 Tractor with VIN# 1XP5DB9X1YD487427 and Trailer bearing VIN# 1GRAA0626GW703344 (jointly "Truck") involved in this Crash.

10. At all relevant times, the subject Truck was a commercial motor vehicle as that term is defined in Chapter 316 of the Florida Statues, and it was being operated under the control and USDOT authority of Defendant Trucking Co., AMERICAN FREIGHT, INC.

11. At all relevant times, Defendant Truck Driver, JOHN SHAMBURGER, was a Class A operator while driving the subject Truck in the course and scope of his agency with the Defendant Trucking Co., AMERICAN FREIGHT, INC.

## THE CRASH

12. On January 21, 2021 at approximately 8:23pm, the Plaintiff was operating a motor vehicle travelling south on Interstate 75 in Marion County, Florida

13. At that time and place, an axle on broke off the Truck driven by Defendant Truck Driver, JOHN SHAMBURGER, which then collided with Plaintiff's vehicle.

14. At all relevant times, the Plaintiff was properly restrained and did not contribute in any way to the crash or his injuries.

15. Each defendant acted in a manner that either alone or combined with the actions of other defendants' acts of negligence, directly and proximately caused the crash and the resulting injuries to the Plaintiff.

## PLAINTIFF'S DAMAGES

16. As a result of the crash, the Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, loss of capacity for the enjoyment of life, expense of hospitalization,

medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation or activation of a previously existing or latent condition. The harms and losses are permanent, and the Plaintiff has suffered from same in the past and will continue to suffer from the harms and losses into the future. The Plaintiff's automobile was damaged, and he lost the use of it during the period required for its repair or replacement ("Plaintiff's Damages").

## COUNT I
## NEGLIGENCE AGAINST DEFENDANT TRUCK DRIVER, JOHN SHAMBURGER

The Plaintiff incorporates herein the allegations in paragraphs 1-3 and 5-16.

17. Defendant Truck Driver, JOHN SHAMBURGER, had a duty to operate the Truck in a reasonably safe manner and to know of and abide by all laws and industry standards governing the safe operation and maintenance of commercial motor vehicles.

18. Defendant Truck Driver, JOHN SHAMBURGER, breached those duties and was therefore negligent, in one or more of, but not limited to, the following ways:

   a. failing to keep a proper lookout;

   b. driving carelessly in violation of Florida Statute §316.1925;

   c. driving the Truck while distracted;

   d. driving the Truck while fatigued;

   e. exceeding hours of service limitations in violation of 49 CFR 395.1(g)

   f. failing to maintain control of the Truck;

   g. failing to take appropriate evasive action;

   h. failing to properly inspect the Truck in violation of 49 CFR §396.11;

   i. failing to maintain the Truck in proper repair in violation of 49 CFR §396.1;

19. Defendant Truck Driver, JOHN SHAMBURGER's, negligent conduct also violated laws intended to protect and prevent crashes with drivers like the Plaintiff.

20. Defendant Truck Driver, JOHN SHAMBURGER's, negligence directly and proximately caused the Plaintiff's Damages.

## COUNT II
## NEGLIGENCE AGAINST DEFENDANT TRUCKING CO., AMERICAN FREIGHT, INC.

The Plaintiff incorporates herein the allegations in paragraphs 1-4, and 6-20.

21. Defendant Trucking Co., AMERICAN FREIGHT, INC., had a duty to ensure that its drivers and vehicles were reasonably safe and complied with all laws and industry standards concerning the safe operation and maintenance of commercial motor vehicles.

22. Defendant Trucking Co., AMERICAN FREIGHT, INC., breached the above-mentioned duties and was therefore negligent in one or more of, but not limited to, the following ways:

   a. Failing to verify and ensure that Defendant Truck Driver, JOHN SHAMBURGER, operated the Truck in a reasonably safe manner and abided by all laws governing the safe operation of commercial motor vehicles, in violation of 49 C.F.R. §392.1;

   b. Failing to properly train and instruct Defendant Truck Driver, JOHN SHAMBURGER, and its drivers on defensive driving, safe driving, and proper lookout in violation of 49 C.F.R. §383.111;

   c. Failing to properly supervise Defendant Truck Driver, JOHN SHAMBURGER, and identify dangerous routes and driving behavior that could have been corrected to avoid this crash;

   d. failing to properly inspect and maintain the subject Truck in violation of 49 CFR §396.11 and 49 CFR §396.1; and/or

   e. Knowingly failing to promote and enforce systems and procedures for the safe operation of motor vehicles and, thus, creating a zone and culture of risk that constituted a dangerous mode of operation reasonably anticipated to cause injury and/or death to the traveling public, including the Plaintiff;

5

23. Defendant Trucking Co., AMERICAN FREIGHT, INC.'s, negligent conduct also violated laws intended to protect and prevent crashes with drivers like the Plaintiff.

24. Defendant Trucking Co., AMERICAN FREIGHT, INC.'s, negligence directly and proximately caused the Plaintiff's Damages.

## COUNT III
### NEGLIGENT ENTRUSTMENT AGAINST DEFENDANT TRUCKING CO., AMERICAN FREIGHT, INC.

The Plaintiff incorporates herein the allegations in paragraphs 1-4, and 6-20.

25. Defendant Trucking Co., AMERICAN FREIGHT, INC., had a duty to avoid the foreseeable harm posed by entrusting the subject Truck to a dangerous and unqualified driver like Defendant Truck Driver, JOHN SHAMBURGER.

26. Defendant Trucking Co., AMERICAN FREIGHT, INC., breached that duty and was therefore negligent, when it entrusted the subject Truck to Defendant Truck Driver, JOHN SHAMBURGER, despite his record of unsafe and negligent driving and unfitness to operate a commercial motor vehicle, which were or should have been known to Defendant Trucking Co, AMERICAN FREIGHT, INC.

27. Defendant Trucking Co., AMERICAN FREIGHT, INC.'s, negligence directly and proximately caused the Plaintiff's Damages.

## COUNT IV
### STRICT LIABILITY AGAINST DEFENDANT TRUCKING CO., AMERICAN FREIGHT, INC.

The Plaintiff incorporates herein the allegations in paragraphs 1-4 and 6-20.

28. At the time of the crash, Defendant Truck Driver, JOHN SHAMBURGER, was operating the subject Truck, a dangerous instrumentality, with Defendant Trucking Co., AMERICAN FREIGHT, INC.'s, permission.

29. Therefore, Defendant Trucking Co., AMERICAN FREIGHT, INC., is strictly liable for Defendant Truck Driver, JOHN SHAMBURGER's, negligence and the resulting Plaintiff's Damages.

## COUNT V
## VICARIOUS LIABILITY AGAINST DEFENDANT TRUCKING CO., AMERICAN FREIGHT, INC.

The Plaintiff incorporates herein the allegations in paragraphs 1-4, and 7-20.

30. At all relevant times, Defendant Truck Driver, JOHN SHAMBURGER, was Defendant Trucking Co., AMERICAN FREIGHT, INC.'s, statutory employee of, acting within the course and scope of his agency or employment with, and under the direct control and for the benefit of Defendant Trucking Co., AMERICAN FREIGHT, INC.

31. Therefore, Defendant Trucking Co., AMERICAN FREIGHT, INC., is vicariously liable for the negligent acts of Defendant Truck Driver, JOHN SHAMBURGER.

**WHEREFORE**, the Plaintiff demands judgment against Defendants Trucking Co. and Truck Driver for all damages permitted by Florida law, including costs, and prejudgment interest on taxable costs incurred pursuant to *R.J. Reynold Tobacco Company v. Lewis*, 275 So.3d 747 (Fla. 5th DCA 2019).

## TRIAL BY JURY

The Plaintiff respectfully demands a trial by jury of all issues and counts so triable herein.

**RESPECTFULLY** submitted this 7th day of May, 2021.

CHRISTOPHER J. HINCKLEY, ESQ.
FBN: 041155
Morgan & Morgan, P.A.
1007 E. Silver Springs Blvd.
Ocala, FL 34470
Telephone: (352) 644-2000
Facsimile: (352) 644-2020
Primary email: CHinckley@forthepeople.com
Secondary email: NLogan@forthepeople.com
Attorneys for Plaintiff